**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tracie P. Beltran a/k/a Tracie P. Rickards     CHAPTER 13
        Jorge Beltran

                Debtor(s)     BKY. NO. 18-15757 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                          Respectfully submitted,

                                    /s/ **Brian C. Nicholas, Esq.**
                                       Brian Nicholas
                                       10 Aug 2022, 14:58:34, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322