United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tracie P Beltran  
Jorge Beltran  
    Debtors

Case No. 18-15757-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 20, 2023      Form ID: 138OBJ      Total Noticed: 34

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tracie P Beltran, Jorge Beltran, 2 Cabot Cir, West Grove, PA 19390-9765 |
| 14199644 | + | PENNYMAC LOAN SERVICES, LLC, c/o THOMAS YOUNG HAE SONG, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd. Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 20 2023 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2023 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14189796 | + | Email/Text: bncnotifications@pheaa.org | Sep 20 2023 23:41:00 | Aes/pheaa, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14189797 | + | Email/Text: bncnotifications@pheaa.org | Sep 20 2023 23:41:00 | Aes/pnc Bank, Attn: Bankruptcy Dept, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14189798 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 23:41:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14217945 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 20 2023 23:41:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14189799 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 20 2023 23:41:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14218811 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2023 23:51:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14227779 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2023 00:26:43 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14189801 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 23:51:41 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14189802 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2023 23:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14189809 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 23:51:59 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14379781 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 20 2023 23:41:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14189800 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2023 23:52:23 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |

Case 18-15757-mdc  Doc 65  Filed 09/22/23  Entered 09/23/23 00:33:36  Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14189804 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2023 23:41:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14224728 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 23:52:00 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14189805 | + | Email/PDF: pa_dc_claims@navient.com | Sep 20 2023 23:52:26 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14228017 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 20 2023 23:41:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 14206855 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 20 2023 23:41:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14225862 | + | Email/PDF: ebnotices@pnmac.com | Sep 20 2023 23:52:38 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14712211 | ^ | MEBN | Sep 20 2023 23:25:31 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14222219 | + | Email/Text: bncnotifications@pheaa.org | Sep 20 2023 23:41:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14225600 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2023 00:15:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14190690 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 21 2023 00:05:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14189806 | + | Email/PDF: ebnotices@pnmac.com | Sep 21 2023 00:26:41 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14189807 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 23:51:40 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14227655 | + | Email/Text: bncmail@w-legal.com | Sep 20 2023 23:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14189808 | + | Email/Text: bncmail@w-legal.com | Sep 20 2023 23:41:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14208408 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 20 2023 23:41:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14189803 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 20 2023 23:41:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14210403 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 21 2023 00:26:32 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14189810 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 21 2023 00:04:33 | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14379785 | * | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 20, 2023 | Form ID: 138OBJ | Total Noticed: 34

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JEANNE MARIE CELLA | on behalf of Debtor Tracie P Beltran paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Jorge Beltran paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MARISA MYERS COHEN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tracie P Beltran and Jorge Beltran
        Debtor(s)                          Case No: 18−15757−mdc
                                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                  900 Market Street
                    Suite 400
                Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/20/23

                                                                                      64 − 63
                                                                                  Form 138OBJ